UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELLA DALEY,

                        Plaintiff,

               v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

No. 20-CV-10151 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 23, 2021, Defendant requested a 30-day extension of the deadline to file her motion for judgment on the pleadings. Dkt. 13. The next day, the Court granted that application by endorsing Defendant's letter. Dkt. 14. It has come to the Court's attention that the endorsed letter was not mailed to Plaintiff.

      The Clerk of Court is respectfully directed to mail a copy of the Court's order at Dkt. 14 to Plaintiff.

SO ORDERED.

Dated:    November 3, 2021
             New York, New York

                                                  Ronnie Abrams
                                                United States District Judge