**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
 ANGELLA DALEY,

                          Plaintiff,

             -against-                                              20 **CIVIL** 10151 (GWG)

                                                                   <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated July 15, 2022, the principles governing review of social security

appeals are set forth in Aguirre v. Saul, 568 F. Supp. 3d 477 (S.D.N.Y. 2021). For the reasons

stated on the record following the oral argument held in this matter on July 15, 2022, the

Commissioner's motion for judgment on the pleadings is granted in part and denied in part and

Daley's cross-motion for judgment on the pleadings is granted in part and denied in part. The

case will be remanded to the Commissioner. On remand, the Commissioner shall: As set forth

herein. The case is remanded for the above purposes; accordingly, the case is closed.

**Dated:**  New York, New York

          July 18, 2022

                                                              **RUBY J. KRAJICK**
                                                   _____
                                                              **Clerk of Court**
                                        **BY:**       K. Mango
                                                   _____
                                                              **Deputy Clerk**